UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 9:21-CV-80368-ROSENBERG
AND 9:19-CR-80136-ROSENBERG

BRIAN MATTHEW SIGOUIN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING MOTION TO VACATE SENTENCE, AND CLOSING CASE

This matter comes before the Court upon Movant Brian Matthew Sigouin's ("Movant") Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, filed at DE 14 under Case No. 9:21-CV-80368. The Court referred the Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation on all dispositive issues. On October 21, 2021, Judge Reinhart issued a Report and Recommendation in which he recommended that the Amended Motion be denied. DE 27 under Case No. 9:21-CV-80368. Movant has not objected to the Report and Recommendation, and the deadline to file Objections has passed.

The Court has conducted a *de novo* review of the Report and Recommendation and the entire record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reinhart's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 27 under Case No. 9:21-CV-80368] is **ADOPTED** as the Order of the Court.

2. Movant's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [DE 14 under Case No. 9:21-CV-80368] is **DENIED**.

3. Movant's Original Motion to Vacate, Set Aside, or Correct Sentence [DE 1 under Case No. 9:21-CV-80368; DE 74 under Case No. 9:19-CR-80136] is **DENIED AS MOOT**.

4. A Certificate of Appealability **SHALL NOT ISSUE**.

5. The Clerk of the Court is instructed to **CLOSE Case No. 9:21-CV-80368**. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of November, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record